| | |
|---|---|
| 1 | RONALD J. HOLLAND, Bar No. 148687 |
| | LITTLER MENDELSON |
| 2 | A Professional Corporation |
| | 650 California Street, 20th Floor |
| 3 | San Francisco, CA 94108 |
| | Telephone: 415.433.1940 |
| 4 | Fax: 415.399.8490 |
| 5 | Attorneys for Defendants |
| | FIGAS CONSTRUCTION AND ROBERT LESLIE |
| 6 | FIGAS |
| 7 | |
| 8 | JAMES P. WATSON, Bar No. 046127 |
| | BRUCE K. LEIGH, Bar No. 129753 |
| 9 | ANNE BEVINGTON, BAR NO. 111320 |
| | STANTON, KAY & WATSON, LLP |
| 10 | 101 New Montgomery Street, Fifth Floor |
| | San Francisco, CA 94105-3612 |
| 11 | Telephone: 415.512.3501 |
| | Fax: 415.512.3515 |
| 12 | |
| 13 | Attorneys for Plaintiffs |
| | BOARDS OF TRUSTEES FOR THE OPERATING |
| | ENGINEERS HEALTH AND WELFARE TRUST |
| 14 | FUND, PENSION TRUST FUND FOR |
| | OPERATING ENGINEERS, PENSIONED |
| 15 | OPERATING ENGINEERS HEALTH AND |
| | WELFARE FUND, OPERATING ENGINEERS |
| 16 | VACATION AND HOLIDAY TRUST FUND, |
| | NORTHERN CALIFORNIA PREAPPRENTICE, |
| 17 | APPRENTICE AND JOURNEYMAN, |
| | AFFIRMATIVE ACTION TRAINING FUND, |
| 18 | OPERATING ENGINEERS CONTRACT |
| | ADMINISTRATION FUND FOR NORTHERN |
| 19 | CALIFORNIA, OPERATING ENGINEERS |
| | INDUSTRY STABILIZATION TRUST FUND |
| 20 | AND OPERATING ENGINEERS MARKET |
| | PRESERVATION TRUST FUND |

STIP. EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT    Case No. C06-4739 JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN, AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIGAS CONSTRUCTION, a business entity; and ROBERT LESLIE FIGAS, an Individual,<br><br>Defendants. | Case No. C06-4739 JCS [ECF]<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT FIGAS CONSTRUCTION TO RESPOND TO AMENDED COMPLAINT<br><br>[Civil L.R. 6-1(a)]<br><br>Complaint Filed: August 11, 2006<br>Trial Date: None |

2.

STIP. EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT — Case No. C06-4739 JCS

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

The parties hereto, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs served their Amended Complaint and Summons on Defendant Figas Construction on or about August 30, 2006;

WHEREAS, Plaintiffs' service of the Amended Complaint and Summons on individual Defendant Robert Leslie Figas by substitute service will be effective on or about September 24, 2006, and thus the individual Defendant's deadline to respond to the Amended Complaint is October 16, 2006;

WHEREAS, extending the deadline for Defendant Figas Construction to respond to the Amended Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the parties agree that extending the date for Defendant Figas Construction to respond to the Amended Complaint to October 16, 2006 serves the interests of justice.

IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective counsel of record, that the last day for Defendant Figas Construction to timely file a responsive pleading shall be October 16, 2006. Both Defendant Figas Construction and individual Defendant Robert Leslie Figas shall respond to the Amended Complaint on or before October 16, 2006.

3.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT    Case No. C06-4739 JCS

Received  Sep-21-06  12:12pm   From-                    To-LITTLER MENDELSON      Page 004

IT IS SO STIPULATED.

Dated: September 21, 2006

/s/
RONALD J. HOLLAND
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
FIGAS CONSTRUCTION AND ROBERT LESLIE FIGAS

Dated: September 21, 2006

/s/ James P. Watson
JAMES P. WATSON
Attorneys for Plaintiffs
BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN, AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND

Firmwide:81506518.2 036083.1002

Dated: September 22, 2006

IT IS SO ORDERED
/s/ Judge Joseph C. Spero

4.

STIP. EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT          Case No. C06-4739 JCS