1  NANCY L. OBER, Bar No. 49683
   RONALD HOLLAND, Bar No. 148687
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:     415.433.1940
   Facsimile:     415.399.8490
5  Email:         nlober@littler.com

6  Attorneys for Defendants FIGAS CONSTRUCTION
   and ROBERT LESLIE FIGAS
7
   JAMES P. WATSON, Bar No. 46127
8  STANTON, KAY & WATSON, LLP
   101 New Montgomery Street, Fifth Floor
9  San Francisco, CA  94105-3612
   Telephone:     415.512.3501
10 Facsimile:     415.512.3515
   Email:         jamesw@skwsf.com
11
   Attorneys for Plaintiffs
12

13                    UNITED STATES DISTRICT COURT

14       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

15

16 | BOARDS OF TRUSTEES FOR THE          | Case No.  C 06-04739 (JCS)
   | OPERATING ENGINEERS HEALTH AND      |
17 | WELFARE TRUST FUND, PENSION TRUST   | **STIPULATION AND [PROPOSED]**
   | FUND FOR OPERATING ENGINEERS,       | **ORDER CONTINUING INITIAL**
18 | PENSIONED OPERATING ENGINEERS       | **CASE MANAGEMENT**
   | HEALTH AND WELFARE FUND, OPERATING  | **CONFERENCE AND RELATED**
   | ENGINEERS VACATION AND HOLIDAY      | **DEADLINES**
19 | TRUST FUND, NORTHERN CALIFORNIA     |
   | PREAPPRENTICE, APPRENTICE AND       | **[L.R. 6-2]**
20 | JOURNEYMAN AFFIRMATIVE ACTION       |
   | TRAINING FUND, OPERATING ENGINEERS  |
21 | CONTRACT ADMINISTRATION FUND FOR    |
   | NORTHERN CALIFORNIA, OPERATING      |
22 | ENGINEERS INDUSTRY STABILIZATION    |
   | TRUST FUND AND OPERATING ENGINEERS  |
23 | MARKET PRESERVATION TRUST FUND,     |

24                   Plaintiffs

25          v.

26 FIGAS CONSTRUCTION, a business entity; and
   ROBERT LESLIE FIGAS, an Individual,
27
                     Defendants.
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES                    Case No. C 06-04739 (JCS)

1    Plaintiffs Boards of Trustees for the Operating Engineers Health and Welfare Trust

2    Fund, Pension Trust Fund for Operating Engineers, Pensioned Operating Engineers Health and

3    Welfare Fund, Operating Engineers Vacation and Holiday Trust Fund, Northern California

4    Preapprentice, Apprentice and Journeyman Affirmative Action Training Fund, Operating Engineers

5    Contract Administration Fund for Northern California, Operating Engineers Industry Stabilization

6    Trust Fund and Operating Engineers Market Preservation Trust Fund ("Plaintiffs") and Defendants

7    Figas Construction and Robert Leslie Figas ("Defendants"), through their respective counsel, hereby

8    stipulate to and request that the Court order that the Initial Case Management Conference and related

9    deadlines be continued for a period of 90 days.

10         1.    Pursuant to the Court's Order Setting Initial Case Management Conference

11   and ADR Deadlines, the Initial Case Management Conference in this action is set for November 3,

12   2006 at 1:30 p.m. Other case management deadlines, including the filing of the ADR Certification,

13   completion of initial disclosures, and filing of the Case Management Statement, precede and are set

14   in relation to the Case Management Conference.

15         2.    Defendants have only just recently appeared in the action, having filed their

16   Answer to the Amended Complaint on October 16, 2006.

17         3.    The parties wish to explore a possible resolution of this action without the

18   necessity of further litigation time and expense. The parties anticipate that resolution of their dispute

19   may necessitate an audit by Plaintiffs of the books and records of Figas Construction, but as of this

20   date have not reached an agreement regarding such audit. The parties currently anticipate that a

21   short extension of case management deadlines will enable them to focus their efforts on resolving

22   this matter.

23         4.    There have been no previous time modifications related to the Initial Case

24   Management Conference or related case management activities in this case.

25         5.    The parties expect that the requested extension of the date for the Initial Case

26   Management Conference will have no adverse effect on the schedule for the case. No trial date or

27   other deadlines have yet been set. The requested extension may facilitate the resolution of the

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT          2.
CONFERENCE AND RELATED DEADLINES

Case No. C 06-04739 (JCS)

1    parties' dispute, and will at a minimum enable the parties to exchange information about their

2    respective positions that may streamline case management.

3              Therefore, Plaintiffs and Defendants, through their respective counsel, stipulate and

4    agree as follows:

5              1.    The Initial Case Management Conference date of November 3, 2006 and

6    related deadlines are vacated.

7              2.    The Initial Case Management Conference date is extended to February 2,

8    2007 at 1:30 p.m.

9              3.    Related deadlines for ADR and case management activities are extended

10   accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR

11   Deadlines.

12   Dated: October 2 7, 2006                    Dated: October 26, 2006

13

14

15   JAMES P. WATSON                             NANCY L. OBER
     STANTON, KAY & WATSON, LLP                  LITTLER MENDELSON
16   Attorneys for Plaintiffs                    A Professional Corporation
                                                 Attorneys for Defendants
17                                               FIGAS CONSTRUCTION and ROBERT
                                                 LESLIE FIGAS
18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108 2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

3.

Case No. C 06-04739 (JCS)

1

## **ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3      Dated: October 30 , 2006

4

5      HONORABLE SPERO
       MAGISTRATE THE UNITED
6      STATES
                              Judge Joseph C. Spero
7

8      Firmwide:81614506.1 036083.1003

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT          4.
CONFERENCE AND RELATED DEADLINES                              Case No. C 06-04739 (JCS)