1  NANCY L. OBER, Bar No. 49683
   RONALD HOLLAND, Bar No. 148687
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Facsimile:   415.399.8490
5  Email:       nlober@littler.com

6  Attorneys for Defendants FIGAS CONSTRUCTION
   and ROBERT LESLIE FIGAS
7

   JAMES P. WATSON, Bar No. 46127
8  STANTON, KAY & WATSON, LLP
   101 New Montgomery Street, Fifth Floor
9  San Francisco, CA  94105-3612
   Telephone:   415.512.3501
10 Facsimile:   415.512.3515
   Email:       jamesw@skwsf.com
11
   Attorneys for Plaintiffs
12

13
                    UNITED STATES DISTRICT COURT
14
           NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
15

16 | BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, | Case No. C 06-04739 (JCS)

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

[L.R. 6-2]

                    Plaintiffs

       v.

   FIGAS CONSTRUCTION, a business entity; and
   ROBERT LESLIE FIGAS, an Individual,

                    Defendants.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

Case No. C 06-04739 (JCS)

Plaintiffs Boards of Trustees for the Operating Engineers Health and Welfare Trust Fund, Pension Trust Fund for Operating Engineers, Pensioned Operating Engineers Health and Welfare Fund, Operating Engineers Vacation and Holiday Trust Fund, Northern California Preapprentice, Apprentice and Journeyman Affirmative Action Training Fund, Operating Engineers Contract Administration Fund for Northern California, Operating Engineers Industry Stabilization Trust Fund and Operating Engineers Market Preservation Trust Fund ("Plaintiffs") and Defendants Figas Construction and Robert Leslie Figas ("Defendants"), through their respective counsel, hereby stipulate to and request that the Court order that the Initial Case Management Conference and related deadlines be continued for an additional period of 84 days.

1.  Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this action was set for November 3, 2006 at 1:30 p.m. Pursuant to stipulation of the parties, on October 30, 2006 the Court issued an Order continuing the Initial Case Management Conference to February 2, 2007 at 1:30 p.m. and continuing relating deadlines. The purpose of the extension was to give the parties time to discuss a potential resolution of this action.

2.  Since the issuance of the Court's Order, the parties have initiated settlement discussions and have exchanged information relevant to the issues in the case, but have not completed their discussions.

3.  The parties wish to continue to explore a possible resolution of this action without the necessity of further litigation time and expense. The parties anticipate that resolution of their dispute may necessitate an audit by Plaintiffs of the books and records of Figas Construction, but as of this date have not reached an agreement regarding such audit. The parties currently anticipate that a further short extension of case management deadlines will enable them to focus their efforts on resolving this matter.

4.  As noted above, there has been one previous continuation of the Initial Case Management Conference and related case management activities.

5.  The parties expect that the requested extension of the date for the Initial Case Management Conference will have no adverse effect on the schedule for the case. No trial date or

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

2.

Case No. C 06-04739 (JCS)

1. other deadlines have yet been set. The requested extension may facilitate the resolution of the parties' dispute, and will at a minimum enable the parties to exchange additional information about their respective positions that may streamline case management.

Therefore, Plaintiffs and Defendants, through their respective counsel, stipulate and agree as follows:

1.  The Initial Case Management Conference date of February 2, 2007 and related deadlines are vacated.

2.  The Initial Case Management Conference date is extended to April 27, 2007 at 1:30 p.m.

3.  Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: January 23, 2007

_/s/ James P. Watson_
JAMES P. WATSON
STANTON, KAY & WATSON, LLP
Attorneys for Plaintiffs

Dated: January ____, 2007

_____
NANCY L. OBER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
FIGAS CONSTRUCTION and ROBERT LESLIE FIGAS

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

3.

Case No. C 06-04739 (JCS)

other deadlines have yet been set. The requested extension may facilitate the resolution of the parties' dispute, and will at a minimum enable the parties to exchange additional information about their respective positions that may streamline case management.

Therefore, Plaintiffs and Defendants, through their respective counsel, stipulate and agree as follows:

1. The Initial Case Management Conference date of February 2, 2007 and related deadlines are vacated.

2. The Initial Case Management Conference date is extended to April 27, 2007 at 1:30 p.m.

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: January ____, 2007

Dated: January 23, 2007

_____
JAMES P. WATSON
STANTON, KAY & WATSON, LLP
Attorneys for Plaintiffs

_____
NANCY L. OBER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
FIGAS CONSTRUCTION and ROBERT LESLIE FIGAS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

3.

Case No. C 06-04739 (JCS)

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 24, 2007

_____
HONORABLE JOSEPH C. SPERO
MAGISTRATE JUDGE OF THE UNITED
STATES DISTRICT COURT

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

Firmwide:81930019.1 036083.1003

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT          4.          Case No. C 06-04739 (JCS)
CONFERENCE AND RELATED DEADLINES