NANCY L. OBER, Bar No. 49683
RONALD HOLLAND, Bar No. 148687
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: nlober@littler.com

Attorneys for Defendants FIGAS CONSTRUCTION
and ROBERT LESLIE FIGAS

JAMES P. WATSON, Bar No. 46127
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone: 415.512.3501
Facsimile: 415.512.3515
Email: jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>Plaintiffs<br><br>v.<br><br>FIGAS CONSTRUCTION, a business entity; and ROBERT LESLIE FIGAS, an Individual,<br><br>Defendants. | Case No. C 06-04739 (JCS)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>[L.R. 6-2] |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [~~PROPOSED~~] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

Case No. C 06-04739 (JCS)

Plaintiffs Boards of Trustees for the Operating Engineers Health and Welfare Trust Fund, Pension Trust Fund for Operating Engineers, Pensioned Operating Engineers Health and Welfare Fund, Operating Engineers Vacation and Holiday Trust Fund, Northern California Preapprentice, Apprentice and Journeyman Affirmative Action Training Fund, Operating Engineers Contract Administration Fund for Northern California, Operating Engineers Industry Stabilization Trust Fund and Operating Engineers Market Preservation Trust Fund ("Plaintiffs") and Defendants Figas Construction and Robert Leslie Figas ("Defendants"), through their respective counsel, hereby stipulate to and request that the Court order that the Initial Case Management Conference and related deadlines be continued for an additional period of 84 days.

1. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this action was set for November 3, 2006 at 1:30 p.m. Pursuant to stipulation of the parties, on October 30, 2006 the Court issued an Order continuing the Initial Case Management Conference to February 2, 2007 at 1:30 p.m. and continuing related deadlines. Pursuant to a subsequent stipulation of the parties, the Court on January 24, 2007 issued a further Order continuing the Initial Case Management Conference to April 27, 2007 and continuing related deadlines. The purpose of these extensions was to give the parties time to explore settlement of their dispute. In particular, the most recent extension was to allow time for Plaintiffs to conduct an audit of the books and records of Defendant Figas Construction. The parties agreed that an audit would be a first step in determining whether any contributions to the Plaintiffs Trust Funds were due and owing.

2. Plaintiffs' audit of the books and records of Figas Construction has now been completed. The process took longer than the parties anticipated. The auditor's report was provided to Defendants' counsel on April 12, 2007 along with Plaintiffs' demand for payment of additional Trust Fund contributions. The auditor's report is voluminous and concludes that Figas Construction is liable to the Trust Funds for unpaid contributions on behalf of previously unreported employees. Defendants dispute that they had a contractual obligation to make contributions on behalf of the employees listed in the report.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

2.

Case No. C 06-04739 (JCS)

3. The parties wish to continue to explore a possible resolution of this action without the necessity of further litigation time and expense. Due to the timing of the audit report, they have not had an opportunity to discuss the auditor's findings or a possible basis to resolve their differences with respect to the auditor's conclusions regarding liability. The parties currently anticipate that a further short extension of case management deadlines will enable them to focus their efforts on resolving this matter.

4. As noted above, there have been two previous continuations of the Initial Case Management Conference and related case management activities.

5. The parties expect that the requested extension of the date for the Initial Case Management Conference will have no adverse effect on the schedule for the case. No trial date or other deadlines have yet been set. The requested extension may facilitate the resolution of the parties' dispute, and will at a minimum enable the parties to exchange additional information about their respective positions that may streamline case management.

Therefore, Plaintiffs and Defendants, through their respective counsel, stipulate and agree as follows:

1. The Initial Case Management Conference date of April 27, 2007 and related deadlines are vacated.

2. The Initial Case Management Conference date is extended to July 27, 2007 at 1:30 p.m.

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

3.

Case No. C 06-04739 (JCS)

1 | Dated: April 16, 2007      Dated: April ____, 2007

2

3 | _/s/ James P. Watson_
     _____

4 | JAMES P. WATSON      NANCY L. OBER
STANTON, KAY & WATSON, LLP      LITTLER MENDELSON
Attorneys for Plaintiffs      A Professional Corporation

5 |      Attorneys for Defendants
     FIGAS CONSTRUCTION and ROBERT

6 |      LESLIE FIGAS

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT      4.      Case No. C 06-04739 (JCS)
CONFERENCE AND RELATED DEADLINES

1  Dated: April ____, 2007                    Dated: April 16, 2007

2

3   _____         _____
4  JAMES P. WATSON                             NANCY L. OBER
   STANTON, KAY & WATSON, LLP                  LITTLER MENDELSON
5  Attorneys for Plaintiffs                    A Professional Corporation
                                               Attorneys for Defendants
6                                              FIGAS CONSTRUCTION and ROBERT
                                               LESLIE FIGAS
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT            4.                    Case No. C 06-04739 (JCS)
CONFERENCE AND RELATED DEADLINES

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 17, 2006



_____
HON. JOSEPH C. SPERO
MAGISTRATE JUDGE OF THE UNITED
STATES DISTRICT COURT

Firmwide:82333568.1 036083.1003

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

5.

Case No. C 06-04739 (JCS)