**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff(s),<br><br>v.<br><br>FIGAS CONSTRUCTION COMPANY,<br><br>Defendant(s). | Case No. 06-04739 JCS<br><br>**ORDER GRANTING IN PART, DENYING IN PART STIPULATION EXTENDING DISCOVERY CUTOFF, DISPOSITIVE MOTION HEARING CUTOFF, PRETRIAL CONFERENCE AND TRIAL DATES [Docket No. 36]** |

On January 3, 2008, the parties filed a Stipulation and Proposed Order Extending Discovery Cutoff, Dispositive Motion Hearing Cutoff, Pretrial Conference and Trial Dates (the "Stip").

IT IS HEREBY ORDERED that the Stip is GRANTED IN PART as follows:

1. The further case management conference set for January 11, 2008, at 1:30 p.m., has been continued to **February 1, 2008, at 1:30 p.m.** An updated joint case management conference statement shall be due by **January 25, 2008.**

2. The non-expert discovery cutoff date of January 15, 2008, has been extended to February 6, 2008.

3. The dispositive motion hearing date of March 21, 2008, at 1:30 p.m., has been continued to **April 18, 2008, at 9:30 a.m.**

4. The final pretrial conference date of June 13, 2008, at 1:30 p.m., has been continued to **September 12, 2008, at 1:30 p.m.**

5. The four (4) day bench trial currently set for June 23, 2008, at 8:30 a.m., has been continued to **September 22, 2008, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: January 8, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge