

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

February 1, 2008

Nancy L. Ober
Direct: 415.677.3127
Direct Fax: 415.743.6580
nlober@littler.com

**VIA E-FILING**

Hon. Joseph C. Spero
Judge of the United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

Re:  **Boards of Trustees for the Operating Engineers Health and Welfare Trust Fund, et al. v. Figas Construction, et al.**
U.S. District Court, Northern District of CA, Case No. C06-4739 (JCS)

Dear Judge Spero:

The parties have reached a settlement, and we are working out the language of a stipulated judgment. Our profuse apologies for not advising the Court prior to the scheduled case management conference today. We understand that the Court is setting a further case management conference in two weeks, by which time the parties will report their progress.

Again, our apologies for the lapse in communication.

Respectfully submitted,

Nancy L. Ober
NLO/bkk

cc: Michele R. Stafford, Esq.

Firmwide:84208604.1 036083.1003

IT IS HEREBY ORDERED that a further case management conference is set for February 15, 2008, at 1:30 p.m.

Dated: Feb. 4, 2008.

IT IS SO ORDERED
Judge Joseph C. Spero

THE NATIONAL EMPLOYMENT LABOR LAW FIRM SM
650 California Street, 20th Floor, San Francisco, California 94108.2693  Tel: 415.433.1940  Fax: 415.399.8490  www.littler.com